UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAURICE SMITH,                    :
                                  :
     Plaintiff,                   :
                                  :
     v.                           :    CASE NO.  3:13CV502(RNC)
                                  :
GREATER NEW HAVEN TRANSIT         :
DISTRICT, DONNA K. CARTER,        :
AL NAUDUS AND TALEIM SALTERS,     :
                                  :
     Defendants.                  :

<u>ORDER</u>

Pending before the court is the defendant's "Motion to Strike References to Brandon E. Foster as a defendant." (Doc. #31.) The defendants seek to strike references to Brandon Foster because he is not named in the caption of the operative amended complaint (doc. #21) and was not served.

Rule 10(a) of the Federal Rules of Civil Procedure, entitled "Caption; Names of Parties," states that "[t]he title of the complaint must name all the parties." Fed. R. Civ. P. 10(a). "This establishes a bright line rule for pleadings." <u>Miro v. Chiusano</u>, No. 05 Civ. 10570(DAB), 2008 WL 2627146, at *1 (S.D.N.Y. July 1, 2008). "As the Second Circuit has recognized, the Federal Rules require clarity as to the named parties in an action." <u>Weiss Acquisition, LLC v. Patel</u>, No. 3:12cv1819(CSH), 2013 WL 45885, at *3 (D. Conn. Jan. 3, 2013). "Rule 10(a) requires that the caption of the complaint include the names of all of the parties to the action." <u>Hernandez-Avila v. Averill</u>, 725 F.2d 25, 27 (2d Cir. 1984). Because the plaintiff did not list Foster as a defendant in

the caption of the complaint as required, Foster is not a defendant in this action.  <u>See</u> Fed. R. Civ. P. 10(a).  Accordingly the defendants' motion is granted.

SO ORDERED at Hartford, Connecticut this 26th day of February, 2014.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge